**[6ord19]** [ORDER DISMISSING CASE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Case No. 6:09−bk−15805−KSJ
Chapter 7

Constance Coleman
827 San Pedro, Ct
Kissimmee, FL 34758

_____Debtor(s)_____/

ORDER DISMISSING CASE

On October 20, 2009 , the Court issued a notice (Document No. 5 ) directing the debtor to file by November 3, 2009 , the following required document(s) necessary for the administration of the case:

Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, Schedules and Statement of Affairs , Statement of Income and Means Test Calculation and Payment Advices

It was further provided that the Court may dismiss this case without further notice or hearing if the debtor failed to comply within the time specified.

Despite the fact that more than 15 days have passed since the date of filing of the petition, the debtor has failed to comply with the order. No Discharge of debts was entered in this case. Accordingly, it is

ORDERED:

1. This case is dismissed.

2. The Automatic Stay imposed by 11 U.S.C. §§362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the debtor and the debtor's property.

3. Any scheduled hearing is herewith canceled.


DONE and ORDERED in Orlando, Florida, this 4th day of November, 2009

_____
Karen S. Jennemann
United States Bankruptcy Judge